UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60017-CIV-SEITZ/TURNOFF

| | |
|---|---|
| FUMIKO ROBINSON, as an individual, and on behalf of all others similarly situated, | : : : |
| Plaintiff, | : : |
| vs. | : : : |
| MASSAGE ENVY FRANCHISING, LLC, a Delaware limited liability company, | : : : |
| Defendant. | : : : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Fumiko Robinson, individually, and Defendant Massage Envy Franchising, LLC, by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that Plaintiff's individual claims in this Action shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: August 30, 2016

Respectfully submitted,

| | |
|---|---|
| By: /s/ Joshua H. Eggnatz | /s/ Clinton D. Flagg |
| Joshua H. Eggnatz, Esq. | Clinton D. Flagg |
| Fla. Bar No.: 0067926 | Florida Bar No. 304761 |
| E-Mail: JEggnatz@ELPLawyers.com | cflagg@flagg-law.com |
| Michael J. Pascucci, Esq. | Carol A. Fenello 237329 |
| Fla. Bar No.: 0083397 | cfenello@flagg-law.com |
| MPascucci@ ELPLawyers.com | secondary: einsignares@flagg-law.com |
| **EGGNATZ, LOPATIN & PASCUCCI, LLP** | **LAW OFFICES OF CLINTON D. FLAGG, P.A.** |
| 5400 S. University Drive | 9155 South Dadeland Boulevard |
| Suite 417 | Suite 1400 |
| Davie, FL 33328 | Miami, Florida 33156 |
| Tel: (954) 889-3359 | Telephone: (305) 669-0506 |

CASE NO. 15-60017-CIV-SEITZ/TURNOFF

Fax: (954) 889-5913                                    Facsimile: (305) 669-8980

*Attorneys for Plaintiff*                              *Attorney for Defendant*

CASE NO. 15-60017-CIV-SEITZ/TURNOFF

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **30th day of August, 2016**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify under penalty of perjury under the laws of the United States of America that the foregoing document is being served this day on all counsel of record identified on the attached service list via transmission Notices of Electronic Filing generated by CM/ECF.

/s/   Joshua H. Eggnatz
Joshua H. Eggnatz, Esq.

## SERVICE LIST

Luanne Sacks (*Pro hac vice*)
lsacks@srclaw.com
SACKS, RICKETTS & CASE, LLP
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: (415) 549-0580
Facsimile:  (415) 549-0640

Cynthia A. Ricketts (*Pro hac vice*)
cricketts@srclaw.com
SACKS, RICKETTS & CASE, LLP
2800 North Central Avenue, Suite 1230
Phoenix, AZ 85004
Telephone: (602) 385-3372
*Attorneys for Defendant, Massage Envy Franchising, LLC*